# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

RODERRELL CHARLEY

CASE NUMBER: 21-4064 MJ

ELECTRONIC CRIMINAL COMPLAINT

I, the undersigned, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or between October 7 and October 8, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, RODERRELL CHARLEY, an Indian, did unlawfully kill A.B., with premeditation and with malice aforethought.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or between October 7 and October 8, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, RODERRELL CHARLEY, an Indian, did intentionally, knowingly, and recklessly assault A.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

### COUNT 3

On or between October 7 and October 8, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, RODERRELL CHARLEY, an Indian, intentionally and knowingly assaulted A.B., with intent to commit murder.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: AUSA Sharon K. Sexton

SHARON SEXTON
Digitally signed by SHARON SEXTON
Date: 2021.02.22 14:07:16 -07'00'

Dustin Blazer Drace, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature       2/23/2021
                              Date

02/24/2021
Date

Flagstaff, Arizona
City and State

Sworn by telephone __X__

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

# ELECTRONICALLY SUBMITTED AFFIDAVIT OF PROBABLE CAUSE

I, Special Agent Dustin Blazer Drace, being duly sworn, state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since January 2018. I am currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division. I have received training at the FBI Training Academy in Quantico, Virginia, including training in the investigation of murder and other violent crimes. In the course of my official duties, I am charged with the investigation of crimes occurring on (among other places) the Navajo Nation Indian Reservation within the Federal District of Arizona. I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint, and does not set forth all of my knowledge about this matter.

3. This case involves violations of 18 U.S.C. § 1153, Offenses committed on or between October 7, 2019 and October 8, 2019, within Indian Country as follows: Count 1: 18 U.S.C. § 1111 – First Degree Murder; and Count 2: 18 U.S.C. § 113(a)(6) – Assault Resulting in Serious Bodily Injury; and Count 3: 18 U.S.C. § 113(a)(1) – Assault with Intent to Commit Murder. The events described in this document occurred within the

confines of the Navajo Nation Indian Reservation, in the District of Arizona, unless otherwise described in this affidavit.

4. The suspect in this case is RODERRELL CHARLEY, who is currently 32 years old. According to his driver's license, he is approximately 6 feet tall and weighs 191 pounds. He is an enrolled member of the Navajo Nation and is 4/4 Navajo. The victim in this case is A.B., who was 46 years old at the time of her death. The facts show that RODERRELL CHARLEY and A.B. had an "on again/off again" relationship, which lasted approximately four years.

5. At the time of the crimes, RODERRELL CHARLEY lived in the home of his deceased grandmother, near the Whitehouse Overlook near Canyon de Chelly, outside of Chinle, Arizona. He primarily lived in that house alone, but at times, A.B. and her children lived there as well. At the time of the crimes, only RODERRELL CHARLEY and A.B. were staying at CHARLEY'S home. On October 8, 2019, the badly beaten, half-naked body of A.B. was found approximately 1/3 of a mile from RODERRELL CHARLEY'S home.

6. Other family members lived in homes very near to RODERRELL CHARLEY's house. Loretta Bia (his mother); Randy Bia (his maternal uncle); and Freda Silas (his maternal aunt) all lived in separate, nearby houses.

7. October 7, 2019, at approximately 1:00 to 2:00 p.m., Sophia Toney (hereinafter Sophia) was walking back from the Canyon de Chelly White House overlook with her child when she saw RODERRELL CHARLEY and A.B. They were walking towards the overlook. RODERRELL CHARLEY stopped and talked to Sophia, but A.B.

stayed silent and did not engage Sophia.

8.      Rotrina Bia (hereinafter Rotrina) is RODERRELL CHARLEY'S sister and lives with her mother, Loretta Bia.  On October 7, 2019, at approximately 7:03 p.m., Rotrina was near Many Farms, Arizona when she received a call from RODERRELL CHARLEY telling her to come back to Chinle. Rotrina hung up on RODERRELL CHARLEY after approximately 19 seconds because he was drunk and yelling at her. Rotrina said that her mother, Loretta, had previously told Rotrina not to stay at her house with her kids because of RODERRELL CHARLEY'S drinking.

9.      At approximately 7:45 p.m., Loretta saw RODERRELL CHARLEY and A.B. in her home.  They were watching television.  Loretta said they were not drunk and they were not talking to each other.  When Loretta returned to her house, RODERRELL CHARLEY and A.B. left and walked toward the overlook.   As the sun was setting, Loretta saw a bootlegger turn around near RODERRELL CHARLEY'S house.

10.     At approximately 8:00 to 9:00 p.m., Rotrina Bia returned to her residence (Loretta's house in the family compound area).  Rotrina's brother, Allison Tabaha (hereinafter Allison), also lived there.   Rotrina sent a text message to Loretta to let her know she was home. Loretta told Rotrina to stay inside, so Rotrina locked the door and stayed inside the house.

11.     Randy Bia (hereinafter Randy) lived during the work week with his niece, Sophia Toney (Sophia), and his sister, Sophina, in a house in the family compound.  At approximately 8:20 p.m., Randy Bia was home eating dinner, along with other family members, including Sophia, when he heard someone screaming "over there at the house."

3

He got up and went outside. Once outside, he heard RODERRELL and "his girlfriend" "yelling around over there." Randy did not see them, he just heard them. Sophia also heard fighting in the open fields near their home.

12. Randy went to Loretta's residence when he was done eating. Randy's sisters, Freda Solis and Loretta Bia, were at the house. Loretta told Randy that she heard her son RODERRELL CHARLEY and his girlfriend A.B. arguing at RODERRELL CHARLEY's house. Loretta told Randy she called the police.

13. Freda Solis (hereinafter Freda) lives alone, in her own home, in the family compound. When Randy told the sisters about what he heard, Freda told Randy she was scared and told him to take her home. While Randy was walking Freda home, Freda could hear fighting "down there somewhere." Freda could hear a male voice, which she identified as RODERRELL, yelling at someone to "get up, get up." Freda did not hear A.B. or anyone respond. Freda could not see anything because it was dark. Freda thought it was about 9:00 p.m. when she heard the fighting.

14. When Randy was returning to his home, he thought he saw RODERRELL CHARLEY and A.B. standing outside RODERRELL CHARLEY's red house, which was near Loretta's residence. When Randy returned to Sophia's house, he could hear RODERRELL CHARLEY and A.B. "screaming again" in the direction of the highway. Randy heard them yelling on and off.

15. At approximately 9:00 p.m., Officer Keanu Curley of the Navajo Police Department (hereinafter NPD) responded to a report of RODERRELL CHARLEY being intoxicated and disruptive near the Whitehouse Overlook outside Chinle, Arizona. Loretta

4

told Officer Curley that RODERRELL CHARLEY was arguing with her and she did not want him around her house. Loretta told the officer that RODERRELL CHARLEY and A.B. walked west in the direction of his house. The officer was unable to locate RODERRELL CHARLEY or A.B.

16. At approximately 9:00 to 9:30 p.m. (per Rotrina) Loretta told everyone in the home to go to sleep and turn the lights off because she did not want RODERRELL CHARLEY coming to the home.

17. On or about the early morning hours of October 8, 2019, Loretta and her son Allison heard someone attempting to enter their home. RODERRELL CHARLEY was the one at the door, came into the residence, and was yelling and crying. He shouted at Rotrina to get up and help him, saying "Sis! Get up! Help me, help me!" RODERRELL CHARLEY was yelling and crying, and told Rotrina that A.B. was not breathing and (in the Navajo language) that A.B. might be gone. Rotrina asked where A.B. was, and RODERRELL CHARLEY stated "down there." Rotrina believed RODERRELL CHARLEY meant near his home which was a short distance from Loretta's home.

18. On October 8, 2019, at approximately 12:56 a.m., Loretta contacted the NPD dispatch to report that her son RODERRELL CHARLEY had come to her house and stated his girlfriend was gone.

19. Rotrina followed RODERRELL CHARLEY down the road. She asked him where they were going and he said the "back road," "she is laying on the road." RODERRELL CHARLEY was running and Rotrina was unable to keep up in the dark, without a flashlight, while wearing slippers. Rotrina heard RODERRELL CHARLEY

5

yelling, "Angie, get up. Babe, get up." Rotrina turned around and went back to her house.

20. Loretta left her house to look for RODERRELL CHARLEY and A.B. She went to the hogan where Randy stayed and woke him up to help her. Loretta drove to the overlook before driving toward Chinle, Arizona to tell A.B.'s children that something happened to A.B. Randy and Sophia went to the overlook to look for RODERRELL CHARLEY and A.B. They did not find either of them.

21. An NPD officer arrived at Freda's house. Rotrina called to the officer, got in his vehicle, and directed him to where Rotrina thought RODERRELL CHARLEY and A.B. were located. Rotrina saw something on the ground and the officer stopped his vehicle. Rotrina jumped out and ran to A.B., who had no clothes on her torso and had injuries to her head and body. Rotrina did not realize A.B.'s face was seriously injured until the police officer shone a light on her face, and at that point, she got scared and backed off. An ambulance subsequently arrived and transported A.B. to Chinle Hospital.

22. A search of the area conducted by the responding NPD officer where A.B. was found revealed a gray shirt and a gray bra believed to belong to A.B. A black "Deadpool" shirt and two baseball caps were also discovered. During the search, RODERRELL CHARLEY was not found.

23. At approximately 1:30 to 2:00 a.m., Sheryl Smith (hereinafter Sheryl) and Rogalinda Last Name Unknown (hereinafter Rogalinda) were awakened by dogs barking and someone shaking the door to the shed they were sleeping in. Sheryl asked who was there and RODERRELL CHARLEY identified himself by his known nickname "Willy." Sheryl did not want to open the door for RODERRELL CHARLEY, so she talked to him

through a nearby window. He was not wearing a shirt.

24. RODERRELL CHARLEY told Sheryl, "they're probably looking for me," and asked for a shirt or a jacket. Sheryl asked him what he did, but he did not answer and kept looking around like he was scared. RODERRELL CHARLEY wanted to go inside her home, but Sheryl would not let him. Sheryl told RODERRELL CHARLEY there were clothes in the jeep parked near her residence.

25. RODERRELL CHARLEY said again, "I think they're looking for me. I don't know, I might have killed her." Sheryl asked what he did and who he was talking about, and RODERRELL CHARLEY said "my girlfriend."

26. Later that morning, at about 9:00 a.m., Sheryl went outside and saw RODERRELL CHARLEY. He was walking towards her so she tried to hide from him. She then told him to leave because the police were looking for him and she did not know what he did. RODERRELL CHARLEY told Sheryl not to call the cops or tell them he was there, and if she did, he would come back for her.

27. At approximately 4:17 a.m., FBI Special Agent Curtis Cox (hereinafter SA Cox) and Navajo Department of Criminal Investigations Criminal Investigator Cornelia Perry (hereinafter CI Perry) arrived at Chinle Hospital and spoke with attending physician Doctor Louis Sharpe (hereinafter Dr. Sharpe). Dr. Sharpe advised that A.B. was deceased upon her arrival to the emergency room. The emergency medical technicians onboard the ambulance attempted to insert a breathing tube into A.B. while traveling to Chinle Hospital, but the breathing tube immediately filled with blood. Dr. Sharpe estimated A.B.'s wounds to be approximately five hours old. A.B. was pronounced dead at 2:12 a.m.

28. At approximately 10:00 a.m., SA Cox and CI Perry conducted an additional search near the area where A.B. was found, and near the residence of RODERRELL CHARLEY. The subsequent search recovered a gray Free Tech jacket, a black Tri Mountain jacket with the words "McJunkin Red Man Corporation" printed on the left chest pocket area, a sample of a red substance on the ground that appeared to be blood, and an Importer's vodka bottle.

29. At approximately 11:10 a.m., NPD Officer Dallas Begay (hereinafter Officer Begay) saw RODERRELL CHARLEY walking near the Chinle Unified School District Administration Building. Officer Begay detained RODERRELL CHARLEY and noticed that he had a very strong odor of intoxicating liquor emitting off his breath, as well as slurred speech. Officer Curley asked RODERRELL CHARLEY if he would submit to a breath alcohol test. RODERRELL CHARLEY declined and asked about the status of A.B. Officer Begay asked RODERRELL CHARLEY what happened and RODERRELL CHARLEY started crying and stated, "it was all because of jealousy!" RODERRELL CHARLEY stated he thought A.B. was seeing some other guys.

30. Officer Begay asked RODERRELL CHARLEY if he wanted to talk about what happened. RODERRELL CHARLEY stated he would if Officer Begay removed the red dot camera, which Officer Begay would not do. RODERRELL CHARLEY then said he would not say anything else without an attorney. RODERRELL CHARLEY was booked at the Navajo Nation Adult Detention Center for the tribal charges of Criminal Homicide and Aggravated Battery on a Family Member. At the detention center, his

personal belongings and clothing, to include a green T-shirt and gray and black shorts, were collected as evidence.

31. On October 8, 2019, RODERRELL CHARLEY was interviewed by SA Cox and CI Perry while in custody at the Navajo Nation Adult Detention Center. Prior to the interview, SA Cox reviewed and explained RODERRELL CHARLEY'S rights as detailed on the FBI form FD-395, Advice of Rights. RODERRELL CHARLEY acknowledged he spoke and understood English and that he understood his rights. RODERRELL CHARLEY consented to answering questions without a lawyer present.

32. RODERRELL CHARLEY said that A.B. was his girlfriend and that they had been together for nearly four years. He said that he was getting calls from other women on his cell phone that had been causing problems between himself and A.B. He said that from July or August to the date of his interview, RODERRELL CHARLEY and A.B. were separated, and during that time, he found a new girlfriend.

33. RODERRELL CHARLEY admitted that he had been with A.B. throughout the day of October 7, 2019. Their activities included purchasing two pints of alcohol in Chinle. They got back home from Chinle in the evening, just before the sun went down. RODERRELL CHARLEY and A.B. began drinking near his mom's house. At some time, they were inside his mom's house, watching television. After leaving her house, they went back to the overlook and finished the other pint of alcohol. After returning from the overlook, they called for more alcohol, and two pints were delivered to him at his home.

34. RODERRELL CHARLEY said that at approximately 8:00 p.m., he and A.B. were drunk after drinking the pints of Importer's Vodka. A.B. said that they needed to

9

leave because the police were called. RODERRELL CHARLEY'S statements included: they got into an argument; he did not know why they had been arguing; he thought they were arguing about a girl that RODERRELL CHARLEY had been dating, he told her to stop it, and A.B. kept talking about it; he told her to stop or it would make him mad, but she kept going; he did not want to hurt A.B. but he knew A.B. was angering him; A.B. kept pushing him about the other woman. Later, RODERRELL CHARLEY said that he was not mad at A.B.

35. RODERRELL CHARLEY also said he remembered nothing from the time he and A.B. ate until he saw her lying on the ground; his hands were covered in A.B.'s blood; he did not remember hitting her even one time; after they left his house, he pushed A.B. and he "flipped;" he remembered pushing her and he thought he hit her; A.B. did not fall when he pushed her; A.B. fell when he hit her; RODERRELL CHARLEY hit A.B. on the cheek with an open hand. A.B. told him they needed to leave because the police were called. RODERRELL CHARLEY also said, "it was her jealousy, not mine."

36. RODERRELL CHARLEY also said he "did something wrong because of alcohol." When asked if he hit her a number of times, he said, "I don't know sir." "I was with her by myself, so I must have."

37. RODERRELL CHARLEY said that A.B.'s shirt and bra were off because he tried to perform CPR on her. He knew he "did something wrong" because when she was laying there, she was not moving and not saying anything. He thought at that moment he was in trouble and thought she was dead. Her face and body looked "pretty beat up." He

10

said "because of alcohol, I did that to her." When asked if it was true that he knew he killed her, RODERRELL CHARLEY answered "yes."

38. SA Cox asked what RODERRELL CHARLEY would he say to A.B.'s family, and RODERRELL CHARLEY stated he would say "I'm sorry that I did this to your mom. I'm truly with my whole heart I'm sorry, that's what I'm going to say. Not just from the bottom of my heart, I truly say it with my whole heart."

39. RODERRELL CHARLEY talked about going to Sheryl's house that morning, and later, got a "halfer" from a friend and started drinking it. He was then picked up across from the police station.

40. Dr. Laura Decker, Associate Medical Investigator, and Ben Murie, DO Forensic Pathology Fellow, performed an autopsy on A.B. at the New Mexico Medical Examiner's Office. The autopsy concluded: Cause of Death: Blunt Trauma; Other Significant Contributory Conditions: Acute ethanol toxicity; Manner of Death: Homicide. A.B.'s level of alcohol content was .276. Autopsy revealed "multiple scrapes and bruises over the majority of the face and body surface area. There were numerous rib fractures with associated bleeding into the soft tissue, bleeding of the scalp, bruising of the lungs, and tearing of a lung, the liver, the spleen and the kidneys, with soft tissue bleeding." "[A.B.] suffered numerous internal organ injuries that can ultimately lead to death. However, there is not extensive bleeding associated with these injuries as would normally be expected with these types of injuries. This may indicate that she was already dead or near death at the time the injuries occurred." "There is evidence of blunt injury to the head. Individuals with elevated alcohol concentrations are at risk for post-concussive apnea

following head trauma. This means that impact to the head can lead to a concussion and breathing can stop as a result. This can occur without obvious trauma to the brain and can be lethal if not treated immediately."

41. Autopsy showed that "on the face, involving approximately 90% of the total surface area, are multiple abrased contusions." "There is marked swelling of the left periorbital region." "Reflection of the scalp shows multifocal subscapular hemorrhages."

42. Autopsy further showed blunt injury to A.B.'s torso/trunk, covering approximately 75% of the skin. "Located over the abdomen, back, left flank and right flank are numerous red linear abrasions, polymorphic red abrasions and numerous purple contusions." "Internally, there are numerous anterior and posterior rib fractures." "The upper lobe of the right lung is lacerated and there are multiple pulmonary contusions. Lacerations are identified on the spleen, liver and kidneys." Numerous other injuries, labeled as "blunt injury," were identified and detailed on the right and left upper extremities as well as the right and left lower extremities.

43. Many of the witnesses interviewed talked about RODERRELL CHARLEY having a violent history. Freda described RODERRELL CHARLEY as having a "short temper." He walked around yelling and "disturbing" when he drank. She estimated he got drunk and caused problems a couple of times a week.

44. Randy knew RODERRELL CHARLEY to be violent. He drank, and Randy thought RODERRELL CHARLEY "smoked or something." When RODERRELL CHARLEY drank, he got violent and wanted to fight. He had tried to fight Randy in the past. One time, about three years prior, RODERRELL CHARLEY was trying to fight his

nephew, who was handicapped. Randy went to chase away RODERRELL CHARLEY, and RODERRELL CHARLEY hit him. Randy has called the police on RODERRELL CHARLEY before, when RODERRELL CHARLEY was drunk and belligerent.

45. Rotrina said that RODERRELL CHARLEY went "crazy" when he drank. Although she had not seen RODERRELL CHARLEY hit A.B., she did hear them yelling and had seen A.B. with black eyes, a swollen face, and busted lips, two to three times. Rotrina said that A.B. left RODERRELL CHARLEY for about two months and RODERRELL CHARLEY started seeing someone else. Rotrina said that her family told A.B. to leave RODERRELL CHARLEY and never come back because someday he would do something bad to her. Rotrina said that RODERRELL CHARLEY gets drunk two to three times per week, gets violent, and has yelled at his mom and attacked his little brother.

46. Allison Tabaha reported that RODERRELL CHARLEY got violent when he drank. He saw RODERRELL CHARLEY abuse A.B. approximately two months before her death. He heard an argument between the two, saw RODERRELL CHARLEY beat A.B., and saw A.B.'s face covered in blood. Allison described RODERRELL CHARLEY as a "psycho" when he is using meth. When using meth, he would start arguments and take out weapons. He said that about six years before A.B.'s death, RODERRELL CHARLEY tried to assault his mother (Loretta), so Allison and another brother intervened. RODERRELL CHARLEY then took a 2 X 4 and broke Allison's arm.

47. Loretta said that RODERRELL CHARLEY is a violent person and her family is afraid of him. She confirmed that RODERRELL CHARLEY broke Allison's arm, and as a result, the family got a restraining order.

48. Daryane Begay is married to A.B.'s son. A.B. used to live with Daryane and her husband in Chinle. She said that RODERRELL CHARLEY had beat up A.B. in the past, the last time being 9 to 12 months prior to A.B.'s death. A few weeks prior to A.B.'s death, A.B. went back to live with RODERRELL CHARLEY.

49. RODERRELL CHARLEY himself admitted that he spent six months in the Navajo Kayenta Detention Center last year for attacking his aunt.

50. Based on the foregoing, I believe that there is probable cause to believe that RODERRELL CHARLEY committed Count 1: First Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111, Count 2: Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(6), and Count 3: Assault with Intent to Commit Murder, in violation of 18 U.S.C. §§ 1153 and 113(a)(1).

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

_____    02/23/2021
Dustin Blazer Drace                                    Date
Special Agent, FBI

X   SWORN BY TELEPHONE

SWORN AND SUBSCRIBED to before me this 24th day of February, 2021.

_____    _____
Honorable Camille D. Bibles                      Date
United States Magistrate Judge

14