```
FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 2 3 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

1  PAUL ANTHONY MARTIN
   Acting United States Attorney
2  District of Arizona
   SHARON K. SEXTON
3  Assistant United States Attorney
   Arizona State Bar No. 012359
4  Email: sharon.sexton@usdoj.gov
   JENNIFER LAGRANGE
5  Assistant United States Attorney
   California State Bar No. 238984
6  Email: Jennifer.LaGrange@usdoj.gov
   Two Renaissance Square
7  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
8  Telephone: 602-514-7500
   Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Roderrell Boyd Charley,<br><br>        Defendant. | No. **CR-21-08011-PCT-DLR (MHB)**<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 1153 and 1111<br>        (CIR - First Degree Murder)<br>        Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR - Assault Resulting in Serious<br>Bodily Injury)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(1)<br>(CIR - Assault With Intent to<br>Commit Murder)<br>Count 3 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

## COUNT 1

Between on or about October 7, 2019 and October 8, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant RODERRELL BOYD CHARLEY, an Indian, did with premeditation and malice

aforethought, unlawfully kill A.B.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

Between on or about October 7, 2019 and October 8, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant RODERRELL BOYD CHARLEY, an Indian, did intentionally, knowingly, and recklessly assault the victim, A.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

### COUNT 3

Between or about October 7, 2019 and October 8, 2019, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, RODERRELL BOYD CHARLEY, an Indian, did intentionally and knowingly assault the victim, A.B., with the intent to commit, murder, a felony.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: March 23, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona


_s/_
SHARON K. SEXTON
JENNIFER E. LAGRANGE
Assistant U.S. Attorneys